# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO FLORES MACIAS,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT,<br>Respondent. | Case No. 1:26-cv-07104-JLT-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITION |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 8, 2026, the Court ordered Respondent to file a response to the petition within twenty-one days. (ECF No. 8.) To date, no response has been filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **SEVEN (7) days** of the date of service of this order, Respondent SHALL FILE a response to the petition;
2. Within **SEVEN (7) days** of the date of service of Respondent's response, Petitioner MAY FILE a reply.

IT IS SO ORDERED.

Dated: **October 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge